Plaintiff's Name Leonard Charles Jones
Prisoner No. BDQ950
Institution Santa Rita Jail
5325 Broder Blvd
Dublin CA 94568

FILED

05/18/2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Leonard Charles Jones

*(Enter your full name)*

v.

Alameda County
Sheriffs office

*(Enter the full name(s) of all defendants in this action)*

Case No. 3:26-cv-04765-LJC

*(Provided by the Clerk upon filing)*

**COMPLAINT BY A PRISONER
UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust the remedies available at your institution before your claim(s) can go forward.
The court will dismiss any unexhausted claims.*

**A.** Place of present confinement Santa Rita Jail Alameda Dublin CA

**B.** Is there a grievance procedure in this institution?  ☒ **YES**        ☐ **NO**

**C.** If so, did you present the facts in your complaint for review through the grievance procedure?
☒ **YES**        ☐ **NO**

**D.** If your answer is YES, list the appeal number and the date and result of the appeal at each
level of review. If you did not pursue any available level of appeal, explain why.

    1.    Informal appeal: Grievance 26-1035   3/24/26
26-0944 & 3116
no response on Appeal filed Complaint

    2.    First formal level: _____

3.    Second formal level: _____

_____

_____

4.    Third formal level: _____

_____

_____

E.  Is the last level to which you appealed the highest level of appeal available to you?
☑ YES          ☐ NO

F.  If you did not present your claim for review through the grievance procedure, explain why.

_____

_____

_____

## II. Parties.

A.  If there are additional plaintiffs besides you, write their name(s) and present address(es).

N/A

_____

B.  For each defendant, provide full name, official position and place of employment.

Alameda County Sheriffs Office
Yeshira Sanchez - Sheriff
"See Attachment B"

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

"See Attachment A"

_____

_____

_____

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: ___5/11/06___          _____
            *Date*                          *Signature of Plaintiff*